IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RAY D. WOLFE     PLAINTIFF

V.     CASE NO. 3:22-CV-3058

STATE OF ARKANSAS c/o GOVERNOR
ASA HUTCHINSON; STATE OF MISSOURI c/o
GOVERNOR MIKE PARSON; MISSOURI
DEPARTMENT OF REVENUE c/o WAYNE
WALLINGFORD; GAIL INMAN CAMPBELL,
Individually and Professionally as Judge for
Boone County, Arkansas; PATRICIA VIRNIG,
Individually and Professionally as Prosecuting
Attorney for Boone County, Arkansas; and
MATTHEW SHELEY, Individually and Professionally
as Arkansas State Trooper     DEFENDANTS

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED** on this 9th day of December, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE